UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   CV 24-0101 FMO (PVC)                                    Date:  July 3, 2024

Title       Anahaid Khoudagoulian v. Martin J. O'Malley, Comm'r of Social Security

Present: The Honorable Pedro V. Castillo, United States Magistrate Judge

|  Marlene Ramirez  |  None  |
|:---:|:---:|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|:---:|:---:|
| None | None |

**PROCEEDINGS:  [IN CHAMBERS] ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

On January 4, 2024, Plaintiff filed a Complaint seeking review of Defendant's decision denying disability benefits.  (Dkt. No. 1).  On March 8, 2024, Defendant filed an Answer to the Complaint, which was limited to filing the Certified Administrative Record.  (Dkt. No. 9).  Pursuant to the Supplemental Federal Rules of Civil Procedure for Social Security Cases, Plaintiff was required to file a brief in support of her Complaint no later than April 8, 2024.  *See* Fed. R. Civ. P. Supp. SS Rules 5, 6.  As of today, Plaintiff has neither filed the required brief nor requested an extension of time in which to do so.

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE**, within **14 days** of the date of this Order, why this action should not be dismissed with prejudice for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b).  Plaintiff may discharge this Order by either filing her brief in support of the Complaint or a request for extension of time.  Plaintiff is expressly advised that failure to timely file the required memorandum will result in this action being dismissed with prejudice for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED.

|  | 00:00 |
|---|---|
| **Initials of Preparer** | mr |