UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANAHAID K.,[1]<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LELAND DUDEK,[2] Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. CV 24-0101 FMO (PVC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge.  The time for filing Objections to the Report and Recommendation has passed and no Objections have been received.  Accordingly, the Court accepts the findings, conclusions, and recommendations of the Magistrate Judge.

---

[1] The Court partially redacts Plaintiff's name in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] Leland Dudek, Acting Commissioner of Social Security, is substituted for his predecessor, whom Plaintiff named in the Complaint.  *See* Fed. R. Civ. P. 25(d).

IT IS ORDERED that the decision of the Commissioner be REVERSED and that the above-captioned action be REMANDED to the Commissioner for further action consistent with the Court's Report and Recommendation of United States Magistrate Judge.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on counsel for Plaintiff and counsel for Defendant.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: February 26, 2025

/s/
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE