# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANAHAID K.,[1] <br><br> Plaintiff, <br><br> v. <br><br> LELAND DUDEK,[2] Acting Commissioner of Social Security, <br><br> Defendant. | Case No. CV 24-0101 FMO (PVC) <br><br><br> **JUDGMENT** |

IT IS ADJUDGED that the decision of the Commissioner is REVERSED and that the above-captioned action is REMANDED to the Commissioner for further action consistent with the Court's Report and Recommendation of United States Magistrate Judge.

DATED: February 26, 2025

/s/
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE

---

[1] The Court partially redacts Plaintiff's name in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Leland Dudek, Acting Commissioner of Social Security, is hereby substituted as Defendant.