Sima G. Aghai, SBN 156354
LAW OFFICES OF SIMA G. AGHAI
12362 Beach Boulevard, Suite 21
Stanton, California 90680
(714) 901-1222
(714) 901-1220 (F)
sima@aghailaw.com
Attorney for Plaintiff ANAHAID KHOUDAGOULIAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ANAHAID KHOUDAGOULIAN, | ) CASE NO. 2:24-cv-101 FMO-PVC |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER ON STIPULATION [24] |
| FRANK BISIGNANO, | ) FOR AWARD OF EQUAL ACCESS |
| Commissioner of Social Security, | ) TO JUSTICE ACT ATTORNEY FEES |
| | ) PURSUANT TO 28 U.S.C. §2412(d) |
| Defendant | ) |

Pursuant to the Stipulation of the parties, Plaintiff's Affidavit and Assignment of EAJA Fees, and all the files, records and proceedings in this matter, it is hereby

**ORDERED** that Plaintiff is awarded attorney fees in the total amount of **$8,266** as authorized by 28 U.S.C. § 2412. **FURTHER ORDERED** that the fees are made and delivered to Plaintiff's counsel Sima. G. Aghai as set forth in the Stipulation of the Parties.

Dated: May 23, 2025

/s/
HONORABLE FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE